STINSON LLP
ERIC C. LIEBELER (SBN 149504)
eric.liebeler@stinson.com
1775 Pennsylvania Ave NW
Suite 800
Washington, DC 20006
Telephone: 202.785.9100
Facsimile: 202.572.9973

Attorney for Petitioner
Space Data Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>Petitioner,<br><br>v.<br><br>HOSIE RICE LLP,<br><br>Respondent. | Case No. 3:20-cv-08256-JSC<br><br>**EXHIBIT 6 TO DECLARATION OF ERIC LIEBELER IN SUPPORT OF AMENDED PETITION TO VACATE ARBITRATION AWARD**<br><br>Date: November 25, 2020<br>Judge: Hon. Jacqueline Scott Corley |

# EXHIBIT 6

# Milliken, Christy M.

| | |
|---|---|
| **From:** | Torgerson, Robert |
| **Sent:** | Thursday, January 30, 2020 5:24 PM |
| **To:** | 'McMonigle, Dave'; Sullivan, John |
| **Cc:** | Liebeler, Eric C.; Milliken, Christy M.; Woodruff, Jon M. |
| **Subject:** | Space Data/ Hosie Rice |

Dave, thanks for the call back and discussion a few minute ago. I understand that Hosie Rice has decided not to pursue any issue regarding the arbitration award.

We discussed the unpaid HR vendors issue. I will double check this with Space Data, but it should work fine to distribute the funds in the HR trust account to both sides (split evenly, including any interest) at this time – so long as the portion of funds necessary to pay those unpaid vendors (NERA, Pullen, etc.) are held in trust for immediately use and full payment solely to those vendors. For that purpose, it makes sense to have a complete list of the unpaid HR vendors and corresponding unpaid amounts so that we can mutually agree on the amount from HR's portion of funds that will be held in trust for that payment to those vendors. Could you please provide that list to us for review?

Many thanks. Bob T.

Robert H. Torgerson
Partner
Minneapolis
612.335.1810
x51810

---

**From:** McMonigle, Dave <dmcmonigle@longlevit.com>
**Sent:** Thursday, January 30, 2020 1:49 PM
**To:** Torgerson, Robert <Robert.Torgerson@stinson.com>; Sullivan, John <jsullivan@longlevit.com>
**Cc:** Liebeler, Eric C. <eric.liebeler@stinson.com>; Milliken, Christy M. <christy.milliken@stinson.com>; Woodruff, Jon M. <jon.woodruff@stinson.com>
**Subject:** RE: Space Data/ Hosie Rice

Bob, just getting a confirmation from HR and should be able to update status in a few.


David S. McMonigle
LONG & LEVIT LLP
415-438-4555

---

**From:** Torgerson, Robert [mailto:Robert.Torgerson@stinson.com]
**Sent:** Thursday, January 30, 2020 11:47 AM
**To:** McMonigle, Dave; Sullivan, John
**Cc:** Liebeler, Eric C.; Milliken, Christy M.; Woodruff, Jon M.
**Subject:** Space Data/ Hosie Rice

Thanks Dave. John, please let us know asap. Regards, Bob T.

1