JOSEPH P. MCMONIGLE, Bar No. 66811
JOHN B. SULLIVAN, Bar No. 238306
DAVID S. MCMONIGLE, Bar No. 258980
SYDNEY E. ALLEN, Bar No. 315407
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California  94104
Telephone:     (415) 397-2222
Facsimile:      (415) 397-6392
Email:           jmcmonigle@longlevit.com
                     jsullivan@longlevit.com
                     dmcmonigle@longlevit.com
                     sallen@longlevit.com

Attorneys for Respondent
HOSIE RICE LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>               Petitioner,<br><br>v.<br><br>HOSIE RICE LLP,<br><br>               Respondent. | Case No.  4:20-CV-08256-JSW<br><br>**STIPULATION RE: ALTERNATIVE BRIEFING SCHEDULE FOR PETITIONER SPACE DATA CORPORATION'S AMENDED PETITION TO VACATE ARIBITRATION AWARD**<br><br>Action Filed: November 23, 2020 |

Respondent HOSIE RICE LLP and Petitioner SPACE DATA CORPORATION hereby request an alternative briefing schedule as it relates to Hosie Rice's deadline to respond to the Amended Petition to Vacate the Arbitration Award filed on November 27, 2020.

The parties agree that Hosie Rice LLP's deadline to respond to the Amended Petition to Vacate the award will be extended to January 8, 2021.  Space Data's deadline to file and serve its reply brief will be Friday, January 22, 2021.

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, by and through their attorneys of record.

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

STIPULATION RE: ALTERNATNATIVE
BRIEFING SCHEDULE
CASE NO. 4:20-CV-08256-JSW

| | |
|---|---|
| Dated: December 11, 2020 | LONG & LEVIT LLP |
| | By: _____ |
| | JOSEPH P. MCMONIGLE |
| | JOHN B. SULLIVAN |
| | DAVID S. MCMONIGLE |
| | Attorneys for Claimant |
| | HOSIE RICE LLP |
| Dated: December 11, 2020 | STINSON LLP |
| | By:/s/ Eric C. Liebeler |
| | ERIC C. LIEBELER |
| | Attorney for Petitioner SPACE DATA CORPORATION |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, John B. Sullivan, attest that concurrence in the filing of this document has been obtained.

_____
JOHN B. SULLIVAN

4846-3348-5524, v. 3

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA  94104

- 2 -

STIPULATION RE: ALTERNATNATIVE
BRIEFING SCHEDULE
CASE NO. 4:20-CV-08256-JSW