JOSEPH P. MCMONIGLE, Bar No. 66811
JOHN B. SULLIVAN, Bar No. 238306
DAVID S. MCMONIGLE, Bar No. 258980
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:  (415) 397-2222
Facsimile:  (415) 397-6392
Email:       jmcmonigle@longlevit.com
             jsullivan@longlevit.com
             dmcmonigle@longlevit.com

Attorneys for Respondent
HOSIE RICE LLP

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>    Petitioner,<br><br>    v.<br><br>HOSIE RICE LLP,<br><br>    Respondent. | Case No. 4:20-cv-08256-JSW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL**<br><br>Action Filed:  November 25, 2020 |

Respondent Hosie Rice, LLP's Administrative Motion to Seal portions of its Motion to Confirm the February 18, 2020 Final Arbitration Award in this action, portions of the declaration of Spencer Hosie in support of the motion, and portions of Exhibit 1 to the proposed order for the Motion to Confirm, came on hearing before this Court.

Based upon the papers submitted in support of the motion, the motion is hereby GRANTED. Pursuant to Northern District Local Rule 79-5, the referenced documents shall be filed under seal and sealed from the public record.

IT IS SO ORDERED.

Date: _____  By: _____
                                                       Hon. Jeffrey S. White

4817-6637-1286, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO
CALIFORNIA 94104

2   Case No. 4:20-cv-08256-JSW
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL