JOSEPH P. MCMONIGLE, Bar No. 66811
JOHN B. SULLIVAN, Bar No. 238306
DAVID S. MCMONIGLE, Bar No. 258980
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:  (415) 397-2222
Facsimile:   (415) 397-6392
Email:        jmcmonigle@longlevit.com
                  jsullivan@longlevit.com
                  dmcmonigle@longlevit.com

Attorneys for Respondent
HOSIE RICE LLP

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>    Petitioner,<br><br>    v.<br><br>HOSIE RICE LLP,<br><br>    Respondent. | Case No. 4:20-cv-08256-JSW<br><br>**[PROPOSED] ORDER DENYING PETITION TO VACATE ARBITRATION AWARD AND GRANTING MOTION TO CONFIRM ARBITRATION AWARD**<br><br>Action Filed:  November 25, 2020 |

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

Case No. 4:20-cv-08256-JSW
[PROPOSED] ORDER DENYING PETITION TO VACATE ARBITRATION AWARD AND GRANTING MOTION TO CONFIRM ARBITRATION AWARD

LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO
CALIFORNIA 94104

JOSEPH P. MCMONIGLE, Bar No. 66811
JOHN B. SULLIVAN, Bar No. 238306
DAVID S. MCMONIGLE, Bar No. 258980
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:  (415) 397-2222
Facsimile:   (415) 397-6392
Email:        jmcmonigle@longlevit.com
                 jsullivan@longlevit.com
                 dmcmonigle@longlevit.com

Attorneys for Respondent
HOSIE RICE LLP

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>       Petitioner,<br><br>       v.<br><br>HOSIE RICE LLP,<br><br>       Respondent. | Case No. 4:20-cv-08256-JSW<br><br>**[PROPOSED] ORDER DENYING PETITION TO VACATE ARBITRATION AWARD AND GRANTING MOTION TO CONFIRM ARBITRATION AWARD**<br><br>Action Filed:  November 25, 2020 |

1    Petitioner Space Data Corporation's Amended Petition to Vacate the
2 Arbitration Award in this action, and Respondent Hosie Rice, LLP's Motion to
3 Confirm the February 18, 2020 Final Arbitration Award in this action, came on
4 hearing before this Court.
5    Based upon the papers submitted in support of and in opposition to the cross
6 motions, and the arguments of counsel, IT IS HEREBY ODERED THAT:
7    Petitioner Space Data Corporation's Amended Petition to Vacate the
8 Arbitration Award is DENIED.
9    Respondent Hosie Rice, LLP's Motion to Confirm the February 18, 2020
10 Final Arbitration Award, is GRANTED.  The February 18, 2020 Final Arbitration
11 Award, attached hereto as Exhibit 1, is hereby confirmed.

13    IT IS SO ORDERED.

15 Date: _____           By: _____
                                        Hon. Jeffrey S. White

17 4819-9325-0518, v. 1

2                                                   Case No. 4:20-cv-08256-JSW
[PROPOSED] ORDER DENYING PETITION TO VACATE ARBITRATION AWARD AND GRANTING MOTION TO CONFIRM ARBITRATION AWARD

LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO
CALIFORNIA 94104

# EXHIBIT 1

Hon. Sue L. Robinson (ret.)
Farnan LLP 919 N. Market Street 12th Floor
Wilmington, Delaware 19801

# JUDICIAL ARBITRATION AND MEDIATION SERVICES

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **HOSIE RICE LLP,** | ) |
| | ) |
| Claimant, | ) |
| | ) |
| v. | ) JAMS Reference No. |
| | )     1100106722 |
| | ) |
| **SPACE DATA CORPORATION,** | ) |
| | ) |
| **Respondent and** | ) |
| **Counterclaimant.** | ) |

## FINAL AWARD

The law firm of Hosie Rice LLP ("Hosie Rice") instituted this arbitration proceeding under the JAMS Streamlined Arbitration Rules pursuant to its January 28, 2019 Representation Agreement, in order to collect outstanding fees and costs from its former client, Space Data Corporation ("Space Data"). Space Data responded to the complaint and filed a counterclaim, seeking disgorgement of fees already paid and to preclude Hosie Rice from collecting any further fees. A hearing was held in November 2019, and an interim award issued on January 16, 2020. The interim award was fashioned to bring this dispute to a close by using the ▇▇▇▇ settlement fund as the source of payment, reserving at least ▇▇▇▇ of such for Space Data and paying Hosie Rice for its services through July 11, 2019. As noted in footnote 8 of the interim award, the amount due Hosie Rice should have been reflected in its invoices, which were submitted on a regular basis to Space Data. It is my understanding that the parties to this dispute, in fact, have been able to reach agreement on the amounts due to Hosie Rice. Therefore, the award issued on January 16, 2020 is now deemed the final award, with no further proceedings in this arbitration needed.

Respectfully submitted,

*Sue L. Robinson*
Hon. Sue L. Robinson (ret.)
February 18, 2020

## PROOF OF SERVICE BY E-Mail

Re: Hosie Rice LLP vs. Space Data Corporation
Reference No. 1100106722

I, Elizabeth Magana, not a party to the within action, hereby declare that on August 20, 2020, I served the attached FINAL AWARD on the parties in the within action by electronic mail at El Cerrito, CALIFORNIA, addressed as follows:

Robert H. Torgerson Esq.
Jon M. Woodruff Esq.
Stinson LLP
50 South Sixth St.
Suite 2600
Minneapolis, MN   55402
Phone: 612-335-1500
robert.torgerson@stinson.com
jon.woodruff@stinson.com
    Parties Represented:
    Space Data Corporation

Carrie Francis Esq.
Stinson LLP
1850 N. Central Avenue
Suite 2100
Phoenix, AZ   85004
Phone: 602-279-1600
carrie.francis@stinson.com
    Parties Represented:
    Space Data Corporation

Eric C. Liebeler Esq.
Christy M. Milliken Esq.
Stinson LLP
1775 Pennsylvania Avenue NW
Suite 800
Washington, DC   20006
Phone: 202-785-9100
eric.liebeler@stinson.com
christy.milliken@stinson.com
    Parties Represented:
    Space Data Corporation

David S. McMonigle Esq.
Joseph P. McMonigle Esq.
John B. Sullivan Esq.
Long & Levit LLP
465 California St
Suite 500
San Francisco, CA   94104
Phone: 415-397-2222
dmcmonigle@longlevit.com
JMcmonigle@longlevit.com
jsullivan@longlevit.com
    Parties Represented:
    Hosie Rice LLP

I declare under penalty of perjury the foregoing to be true and correct. Executed at El Cerrito, CALIFORNIA on August 20, 2020.

Elizabeth Magana
JAMS
EMagana@jamsadr.com