JOSEPH P. MCMONIGLE, Bar No. 66811
JOHN B. SULLIVAN, Bar No. 238306
DAVID S. MCMONIGLE, Bar No. 258980
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:  (415) 397-2222
Facsimile:  (415) 397-6392
Email:       jmcmonigle@longlevit.com
             jsullivan@longlevit.com
             dmcmonigle@longlevit.com

Attorneys for Respondent
HOSIE RICE LLP

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>    Petitioner,<br><br>    v.<br><br>HOSIE RICE LLP,<br><br>    Respondent. | Case No. 4:20-cv-08256-JSW<br><br>**[PROPOSED] JUDGMENT**<br><br>Action Filed:  November 25, 2020 |

1    On May 5, 2021, the Court entered an order in the above-captioned action
2 denying Petitioner Space Data Corporation's Amended Petition to Vacate the
3 Arbitration Award in this action, and granting Respondent Hosie Rice, LLP's Motion
4 to Confirm the February 18, 2020 Final Arbitration Award in this action. See
5 Docket No. 31.
6    Based on the foregoing, judgment is hereby entered in favor of Respondent
7 Hose Rice, LLP. The Final Award issued on February 18, 2020 by the Honorable
8 Sue Robinson in *Hosie Rice LLP v. Space Data Corporation,* JAMS Reference No.
9 1100106722 is hereby confirmed. The entire above-captioned action is hereby
10 dismissed.

12    IT IS SO ORDERED.

14 Date: _____   By: _____
15                               Hon. Jeffrey S. White

4818-9833-7003, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO
CALIFORNIA 94104

2                                    Case No. 4:20-cv-08256-JSW
[PROPOSED] JUDGMENT