JOSEPH P. MCMONIGLE, Bar No. 66811
JOHN B. SULLIVAN, Bar No. 238306
DAVID S. MCMONIGLE, Bar No. 258980
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone: (415) 397-2222
Facsimile: (415) 397-6392
Email: jmcmonigle@longlevit.com
jsullivan@longlevit.com
dmcmonigle@longlevit.com

Attorneys for Respondent
HOSIE RICE LLP

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

SPACE DATA CORPORATION,

Petitioner,

v.

HOSIE RICE LLP,

Respondent.

Case No. 4:20-cv-08256-JSW

**NOTICE OF MOTION AND MOTION OF RESPONDENT HOSIE RICE LLP FOR ATTORNEY'S FEES**

Action Filed: November 25, 2020

**TO PETITIONER AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Respondent HOSIE RICE, LLP hereby moves the court,[1] pursuant to Northern District Local Rule 54-5, for an Order for awarding Respondent attorney's fees incurred in connection with the proceedings before this Court regarding Petitioner's Motion to Vacate the Arbitration Award and Respondent's Cross-Motion To Confirm the Arbitration Award. The grounds for the Motion are that the written agreement between Respondent and Petitioner contains a prevailing party attorney's fees clause, and Respondent prevailed on the petition to vacate and cross-motion to confirm the arbitration award before this Court. Respondent requests an order awarding attorney's fees from Space Data and its counsel, jointly and severally, in the amount of $24,819.50.

In addition, Respondent seeks an order awarding attorney's fees incurred by Hosie Rice in bringing the present motion and drafting the anticipated reply brief in the amount of $6,950 from Space Data and its counsel, jointly and severally.

This Motion is based on this Notice of Motion and Motion; the accompanying Points & Authorities and Declarations of John B. Sullivan, David S. McMonigle, and Jonathan Rizzardi, and exhibits attached thereto, the proposed order; all pleadings and

///

[1] Pursuant to General Order 72 and 73, all civil law and motion matters are to be submitted on the papers, thus no hearing date or time is provided by this notice.

papers of record herein; and such further evidence and arguments as may be presented at the hearing of this matter.

Dated: June 15, 2021.

LONG & LEVIT LLP

JOSEPH P. MCMONIGLE
JOHN B. SULLIVAN
DAVID S. MCMONIGLE
Attorneys for Respondent
HOSIE RICE LLP

4853-0996-9646, v. 1

LONG & LEVIT LLP
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CALIFORNIA 94104

- 3 -

NOTICE OF MOTION FOR PREVAILING PARTY ATTORNEYS' FEES