JOSEPH P. MCMONIGLE, Bar No. 66811
JOHN B. SULLIVAN, Bar No. 238306
DAVID S. MCMONIGLE, Bar No. 258980
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:   (415) 397-2222
Facsimile:   (415) 397-6392
Email:        jmcmonigle@longlevit.com
              jsullivan@longlevit.com
              dmcmonigle@longlevit.com

Attorneys for Respondent
HOSIE RICE LLP

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>    Petitioner,<br><br>    v.<br><br>HOSIE RICE LLP,<br><br>    Respondent. | Case No. 4:20-cv-08256-JSW<br><br>**DECLARATION OF DAVID S. MCMONIGLE IN SUPPORT OF MOTION FOR ATTORNEY'S FEES**<br><br>Action Filed:  November 25, 2020 |

I, David S. McMonigle, declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of California. I am a partner with the law firm Long Levit, LLP, counsel of record for Hosie Rice, LLP in this matter. I have personal knowledge of the facts stated herein, and if called as a witness in this matter, I would and could testify competently to the following facts.

2. I have been practicing primarily in the area of legal malpractice for over 12 years. The breakdown of my time spent in connection with the petition to vacate and cross-motion to confirm in the above referenced matter is as follows:

- Approximately 20 hours reviewing Space Data's petition (and subsequent amended petition), researching issues raised by the petition (including references to confidential matters in the petition), communicating with the client regarding the petition and strategy regarding the opposition, and reviewing the lengthy history of communications amongst counsel and the arbitrator regarding the consultant payment issues raised in the petition.

- Approximately 8 hours drafting and revising the opposition to the petition to vacate and supporting documents, reviewing and revising the motion to seal and supporting documents, and finalizing the documents submitted to the court.

- Approximately 3 hours reviewing the reply brief filed by Space Data and communicating with client regarding the reply brief.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 14, 2021 at San Francisco, California.

*/s/ David S. McMonigle*
DAVID S. MCMONIGLE

4824-8965-5790, v. 1

2   Case No. 4:20-cv-08256-JSW
DECLARATION OF DAVID S. MCMONIGLE IN SUPPORT OF MOTION FOR ATTORNEY'S FEES
LONG & LEVIT LLP
465 CALIFORNIA STREET
5TH FLOOR
SAN FRANCISCO
CALIFORNIA 94104