JOSEPH P. MCMONIGLE, Bar No. 66811
JOHN B. SULLIVAN, Bar No. 238306
DAVID S. MCMONIGLE, Bar No. 258980
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:  (415) 397-2222
Facsimile:  (415) 397-6392
Email:  jmcmonigle@longlevit.com
        jsullivan@longlevit.com
        dmcmonigle@longlevit.com

Attorneys for Respondent
HOSIE RICE LLP

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>    Petitioner,<br><br>    v.<br><br>HOSIE RICE LLP,<br><br>    Respondent. | Case No. 4:20-cv-08256-JSW<br><br>**DECLARATION OF JONATHAN RIZZARDI IN SUPPORT OF MOTION FOR ATTORNEY'S FEES**<br><br>Action Filed:  November 25, 2020 |

I, Jonathan Rizzardi, declare as follows:

1. I am an attorney at law duly licensed to practice law in the State of California. I am senior counsel with the law firm Long Levit, LLP, counsel of record for Hosie Rice, LLP in this matter. I have personal knowledge of the facts stated herein, and if called as a witness in this matter, I would and could testify competently to the following facts.

2. I have been practicing primarily in the area of legal malpractice for over 14 years. The breakdown of my time spent in connection with the petition to vacate and cross-motion to confirm in the above referenced matter is as follows:

- Approximately 3 hours reviewing Space Data's petition (and subsequent amended petition) and researching issues raised by the petition specifically related to the necessity of a motion to seal the opposition brief.
- Approximately 3 hours drafting and revising portions of the opposition to the petition to vacate.
- Approximately 8 hours drafting, revising and finalizing the motion to seal and supporting documents and revising, and finalizing the opposition to the petition to vacate and supporting documents.

3. I have spent approximately 10 hours researching and drafting the present motion and supporting documents, and anticipate I will spend another 6 hours reviewing any opposition brief and drafting the reply brief. At my hourly rate of $250, I anticipate I will incur a total of $4,000 in attorney's fees in connection with this motion.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on June 14, 2021 at San Francisco, California.

*/s/ Jonathan Rizzardi*
JONATHAN RIZZARDI

4829-8552-4950, v. 1