JOSEPH P. MCMONIGLE, Bar No. 66811
JOHN B. SULLIVAN, Bar No. 238306
DAVID S. MCMONIGLE, Bar No. 258980
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, California 94104
Telephone:   (415) 397-2222
Facsimile:   (415) 397-6392
Email:       jmcmonigle@longlevit.com
             jsullivan@longlevit.com
             dmcmonigle@longlevit.com

Attorneys for Respondent
HOSIE RICE LLP

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE DATA CORPORATION,<br><br>    Petitioner,<br><br>    v.<br><br>HOSIE RICE LLP,<br><br>    Respondent. | Case No. 4:20-cv-08256-JSW<br><br>**[PROPOSED] ORDER GRANTING HOSIE RICE LLP'S' MOTION FOR ATTORNEY'S FEES**<br><br>Action Filed:  November 25, 2020 |

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 1 -

[PROPOSED] ORDER

The Motion for Prevailing Party Attorneys' Fees and Costs filed by Respondent HOSIE RICE, LLP came before Courtroom 5 of this Court, the Honorable Judge Jeffrey S. White presiding. Having read the briefing submitted by the parties, and supporting documents, the Court rules as follows:

Respondent HOSIE RICE, LLP's Motion for Prevailing Party Attorneys' Fees is Granted.

The representation agreement between Hosie Rice and Space Data Corporation provided for attorneys' fees to be paid to the prevailing party in any dispute between the parties. Hose Rice was the prevailing party on Space Data's Petition to Vacate the Arbitration Award, and Hosie Rice's Motion to Confirm the Arbitration Award. The attorney fee rates, time spent, and total fees incurred in connection with the above referenced petition and motion were necessary, justified and reasonable under the circumstances.

Based on the foregoing, Hosie Rice is awarded attorneys' fees in the amount of $_____ as the prevailing party on Space Data's Petition to Vacate the Arbitration Award, and Hosie Rice's Motion to Confirm the Arbitration Award. In addition, Hosie Rice is awarded attorneys' fees in the amount of $_____ in connection with the present motion. Space Data and/or its counsel are ordered to pay the above referenced amounts to Hosie Rice, LLP, within 30 days of the date of this order.

IT IS SO ORDERED.

DATED:

　　　　　　　　　　　　　　　　　　　　HON. JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　DISTRICT COURT JUDGE

LONG & LEVIT LLP
465 CALIFORNIA STREET,
5TH FLOOR
SAN FRANCISCO,
CALIFORNIA 94104

- 2 -

[PROPOSED] ORDER